JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP A. GARCIA, | ) Case No. CV 18-9663-FMO (SP) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter be **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge, and the Report and Recommendation of United States Magistrate Judge.

Dated: May 4, 2020

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE